# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DEBBIE ROH AND DEAN ROHN

Case No. 1:14-cv-83
Hon. Janet T. Neff

v.

GOODIES FOR KIDDIES

TO: Goodies for Kiddies
ADDRESS: 6 Carlson Street
Little Ferry, NJ 07643

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Thomas H. Blaske (P26760)
John F. Turck IV (P67670)
Blaske & Blaske, PLC
500 S. Main Street
Ann Arbor, MI 48104

TRACEY CORDES, CLERK OF COURT

February 10, 2014
Date

---

## PROOF OF SERVICE

This summons for ___Goodies for Kiddies___ (name of individual and title, if any) was received by me on __5/2/14__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Dennis J. Francis, Managing Agent__ (name of individual), who is designated by law to accept service of process on behalf of __Goodies for Kiddies__ (name of organization) on __5/6/14 at 4:45pm__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __5-8-14__

Server's signature

Vigrvl Turng
Server's printed name and title

1359 Littleton Rd Morris Plains NJ 07950
Server's address

Additional information regarding attempted service, etc.: