IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DEBBIE ROHN; and DEAN ROHN,

    Plaintiffs,

        v.

VIACOM INTERNATIONAL, INC.;
ZAZZLE, INC.; CAFEPRESS, INC.;
ETSY, INC.; GILT GROUPE, INC.;
GOODIES FOR KIDDIES;
JOURNEYS FOR KIDZ;
KMART HOLDING CORP.;
KOHL'S CORPORATION; NEXTAG, INC.;
SEARS, ROEBUCK & CO.;
SHOPZILLA, INC.; and TARGET
CORPORATION;

    Defendants.

Case No. 1:14-cv-00083-JTN

Hon. Janet T. Neff

Oral Argument Requested

---

Thomas H. Blaske (P26760)
John F. Turck IV (P67670)
BLASKE & BLASKE, P.L.C.
Attorneys for Plaintiffs
500 South Main Street
Ann Arbor, Michigan 48104
(734) 747-7055
thb@blaske.com
jt4@blaske.com

John Di Giacomo
Attorney for Defendant
Revision Legal, PLLC
227 Lake Avenue
Traverse City, MI 49684
(231) 714.0100
john@revisionlegal.com

Eric Misterovich
Attorney for Defendant
Revision Legal, PLLC
1101 Broad Street
Suite 315
St. Joseph, MI 49095
(269) 281.3908
eric@revisionlegal.com

---

**PRE-MOTION CONFERENCE REQUEST RE MOTION TO DISMISS**

1

NOW COMES Goodies for Kiddies, by and through its attorneys Revision Legal, PLLC, and for its Pre-Motion Conference Request for Defendant's Motion to Dismiss states the following:

Pursuant to Fed. R. Civ. P. 12(b)(6), a plaintiff must allege facts that, if proven, would establish that the plaintiff is entitled to the relief sought. Plaintiffs have failed to state a claim upon which relief can be granted because Plaintiffs have failed to allege that Defendant Goodies for Kiddies has used "Bubble Guppies," "Guppies," or any colorable imitation thereof, as an indicator of the origin or source of Defendant's goods or services. Defendant has never made a trademark use of either "Bubble Guppies" or "Guppies" so as to meet the prerequisites of a trademark infringement cause of action. Even if Defendant had made a trademark use of either "Bubble Guppies" or "Guppies," Plaintiffs' claims are precluded as a matter of law by the first sale doctrine. Consequently, Defendant requests a Pre-Motion conference on Defendant's Motion to Dismiss, which will argue that Plaintiffs' Complaint must be dismissed as to Defendant Goodies for Kiddies.

    \_\_/JAD/_____
John Di Giacomo
Eric Misterovich
227 Lake Avenue
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
Email: john@revisionlegal.com,
eric@revisionlegal.com
Attorneys for Registrant

## **CERTIFICATE OF SERVICE**

    I, John Di Giacomo, an attorney, hereby certify that I served a true and correct copy of this Pre-Motion Conference Request on counsel of record via the ECF electronic filing system on May 23, 2014.

                  __/JAD/_____
                  John Di Giacomo
                  Eric Misterovich
                  227 Lake Avenue
                  Traverse City, MI 49684
                  Phone: (231) 714-0100
                  Fax: (231) 714-0200
                  Email: john@revisionlegal.com, eric@revisionlegal.com
                  Attorneys for Registrant