UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBBIE ROHN and DEAN ROHN,

    Plaintiffs,

v

VIACOM INTERNATIONAL, INC., *et al.*,

    Defendants.

_____/

Case No. 1:14-cv-83

HON. JANET T. NEFF

## ORDER

This matter came before the Court at a Status Conference on June 3, 2014, at which time counsel requested time to attempt to negotiate a resolution of some of the claims in this case, and counsel for Plaintiffs agreed to subsequently amend their Complaint (Dkt 1) to reflect the status of the parties and claims and otherwise conform to the Court's instructions at the Status Conference. Therefore:

**IT IS HEREBY ORDERED** that the parties shall, not later than Thursday, July 3, 2014, jointly file a notice indicating:

    (1)    which parties have reached a resolution in this case;

    (2)    that the parties are continuing to negotiate a resolution and request more time to do so, including an estimated time for completion; or

    (3)    that the parties were unable to reach any resolutions at this time.

**IT IS FURTHER ORDERED** that Plaintiffs shall, not later than Thursday, July 10, 2014, file an Amended Complaint.

**IT IS FURTHER ORDERED**, in light of the anticipated amended complaint, that the motions for more definite statement (Dkts 25, 50 & 69); request for a Pre-Motion Conference (Dkt 52); motion for extension of time to respond (Dkt 53); and proposed stipulations and orders to amend the case caption (Dkts 55 & 56), are DENIED as moot.

Date: June 3, 2014   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge