UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

DEBBIE ROHN; and DEAN ROHN;

      Plaintiffs,

v

VIACOM INTERNATIONAL, INC.;
ZAZZLE, INC.; CAFEPRESS, INC.;
ETSY, INC.; GILT GROUPE, INC.;
GOODIES FOR KIDDIES; GENESCO, INC.;
KMART HOLDING CORP.;
KOHL'S DEPARTMENT STORES, INC.;
NEXTAG, INC.; SEARS, ROEBUCK & CO.;
SHOPZILLA, INC.; and TARGET CORPORATION;

      Defendants.
_____

File No. 1:14-cv-00083-JTN

Hon. Janet T. Neff

# **JOINT NOTICE INDICATING RESOLUTION STATUS OF PARTIES**

The parties provide this Joint Notice to the Court pursuant to its June 3, 2014 order (Dkt. No. 75) regarding settlement efforts in this case.

Concerning Defendants Viacom International Inc., Target Corporation, Genesco, Inc., Kmart Holding Corporation, Sears, Roebuck & Company, and Kohl's Department Stores, Inc., Plaintiffs did not extend a settlement offer to these defendants. Concerning Defendants Zazzle, Inc., Gilt Groupe, Inc., and Goodies for Kiddies, counsel for the relevant parties negotiated but are unable to reach resolution of Plaintiffs' claims against them at this time.

Plaintiff's counsel and counsel for the other Defendants have engaged in negotiations. Despite those negotiations, the parties have been unable to reach resolution of Plaintiffs' claims.

As to Defendants NexTag, Inc., Cafepress, Inc., Shopzilla, Inc. and Etsy, the parties continue to engage in negotiations, and respectfully ask the Court for 15 additional days[1] to conclude those negotiations, by which time the parties should be able to determine whether a settlement is possible at this juncture.

Dated: July 3, 2014

_/s/ Thomas H. Blaske_  
Thomas H. Blaske (P26760)  
John F. Turck IV (P67670)  
BLASKE & BLASKE, P.L.C.  
Attorneys for Plaintiffs  
500 South Main Street  
Ann Arbor, Michigan 48104  
(734) 747-7055  
thb@blaske.com  
jt4@blaske.com  

__/s/ Deborah J. Swedlow_____  
Deborah J. Swedlow (P67844)  
J. Michael Huget (P39150)  
Mitra Jafary-Hariri (P74460)  
HONIGMAN MILLER et al.  
Attorney for Defs. Viacom Int'l, Inc., Zazzle, Inc., Target Corp., Genesco, Kmart, Sears, Gilt Groupe and Kohl's Department Stores, Inc.,  
130 South First Street, Floor 4

---

[1] Plaintiff's counsel is currently in the middle of a several week trial in Jackson County Circuit Court, which trial will resume on July 7, 2014; NexTag's counsel is on vacation from July 4, 2014 until July 14, 2014, and Defendants Shopzilla, Inc. and Etsy, Inc. were unable to review and evaluate Plaintiffs' most recent settlement proposal (communicated on July 1, 2014) due to holiday vacations.

<div style="column: left">

_/s/ Valerie B. Mullican_____
Valerie B. Mullican (P74045)
BARNES & THORNBURG, L.L.P.
Attorney for Defendants Shopzilla, Inc.
and Etsy, Inc.
171 Monroe Avenue NW, Suite 1000.
Grand Rapids, Michigan  49503
(616) 742-3930
Valerie.mullican@btlaw.com

_/s/ John A. Di Giacomo_____
Eric W. Misterovich (P73422)
John A. Di Giacomo (P73056)
REVISION LEGAL, P.L.L.C.
Attorneys for Defendant Goodies for Kiddies
1101 Broad Street, Suite 315
Saint Joseph, Michigan 49085
(269) 281-3908
eric@revisionlegal.com
john@revisionlegal.com

</div>

Ann Arbor, Michigan  48104
(734) 418-4268
bswedlow@honigman.com
mhuget@honigman.com
mgh@honigman.com

_/s/ Steve M. Wolock_____
Steve M. Wolock (P38497)
MADDIN HAUSER WARTELL
et al.
Attorney for Defendant Nextag, Inc.
28400 Northwestern Highway, Floor 3
Southfield, Michigan  48034
(248) 354-4030
swolock@maddinhauser.com

__/s/ John C. Blattner_____
John C. Blattner (P52745)
Edward P. Perdue (P55888)
DICKENSON WRIGHT, P.L.L.C.
Attorneys for Defendant
CafePress, Inc.
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 623-1906
Jblattner@dickinson-wright.com
EPerdue@dickinson-wright.com