# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBBIE ROHN and DEAN ROHN,<br><br>Plaintiffs,<br><br>vs.<br><br>VIACOM INTERNATIONAL, INC.; ZAZZLE, INC.; CAFEPRESS, INC.; ETSY, INC.; GILT GROUPE, INC.; GOODIES FOR KIDDIES; JOURNEYS FOR KIDZ; KMART HOLDING CORP.; KOHL'S CORPORATION; NEXTAG, INC.; SEARS, ROEBUCK & CO.; SHOPZILLA, INC.; AND TARGET CORPORATION,<br><br>Defendants. | CASE NO. 1:14-cv-00083<br><br>HON. JANET T. NEFF |

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS SHOPZILLA, INC. AND ETSY, INC. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Dean and Debbie Rohn and Defendants Shopzilla, Inc. ("Shopzilla") and Etsy, Inc. ("Etsy"), by and through their undersigned attorneys, hereby stipulate and agree that the time for Shopzilla and Etsy to respond to Plaintiffs' Amended Complaint, filed on July 1, 2014, shall be extended through and including July 29, 2014. This additional time is necessary so that the parties may continue to explore whether a resolution of Plaintiffs' claims against Shopzilla and Etsy is possible, as reported in the Joint Notice Indicating Resolution Status of Parties filed with the Court on July 3, 2014 (CM/ECF No. 77).

In making this stipulation, the parties acknowledge and agree that Shopzilla and Etsy have not waived and expressly reserve all defenses, objections and counterclaims that may be asserted in this action, under the Federal Rules of Civil Procedure and applicable law.

| | |
|---|---|
| BLASKE & BLASKE<br>Attorneys for Plaintiffs | BARNES & THORNBURG, LLP<br>Attorneys for Defendant Shopzilla, Inc.<br>and Etsy, Inc. |
| By: /s/ John F. Turck (w/ permission)<br>   Thomas H. Blaske (P26760)<br>   John F. Turck IV (P67670)<br>   500 South Main Street<br>   Ann Arbor, Michigan 48104<br>   (734) 747-7055<br>   thb@blaske.com | By: /s/ Valerie B. Mullican<br>   Valerie B. Mullican (P74045)<br>   171 Monroe Ave NW, Ste 1000<br>   Grand Rapids, Michigan 49503<br>   (616) 742-3930<br>   valerie.mullican@btlaw.com<br><br>   Todd G. Vare<br>   11 South Meridian Street<br>   Indianapolis, Indiana 46204<br>   (317) 231-7735<br>   todd.vare@btlaw.com |
| Dated: July 7, 2014 | Dated: July 7, 2014 |

IT IS SO ORDERED this ___ day of July, 2014.

_____
Honorable Janet T. Neff
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2014, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:  July 7, 2014                            /s/ Valerie B. Mullican
                                                           Valerie B. Mullican (P74045)
                                                           Barnes & Thornburg LLP
                                                           171 Monroe Ave NW, Ste 1000
                                                           Grand Rapids, Michigan 49503
                                                           (616) 742-3930
                                                           valerie.mullican@btlaw.com