UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBBIE ROHN and DEAN ROHN,

    Plaintiffs,

v.

VIACOM INTERNATIONAL, INC. *et al.*,

    Defendants.

_____/

Case No. 1:14-cv-83

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Court's January 27, 2017 Opinion and Order (Dkt 213) and the parties' February 10, 2017 Joint Notice Regarding Impact of Opinion and Order on Retailer Defendants (Dkt 214):

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED: February 10, 2017

 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge